IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia,                     :
                                          :
                    v.                    :
                                          :
Leslie Nelson,                            :   No. 1479 C.D. 2021
                    Appellant             :

O R D E R

AND NOW, this 2nd day of July, 2024, it is ORDERED that the above-captioned opinion filed May 9, 2024, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge